

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DR. JEFFREY RAINBOLT                                                                PLAINTIFF

CIVIL ACTION NO. 4-02-CV-00050 GH

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES (UAMS) et al.                                                DEFENDANTS

## JOINT MOTION FOR SETTLEMENT CONFERENCE

Plaintiff, Dr. Jeffrey Rainbolt, through his attorney Zachary David Wilson and Defendants, University of Arkansas for Medical Sciences, et. al., through their attorney Jeffrey A. Bell hereby respectfully request that the Court grant this Motion for Settlement Conference, to be conducted by the United States Magistrate Judge.

Counsel for Plaintiff and Defendants have contacted the office of U.S. Magistrate Judge John Forrester to determine whether he was available for such appointment. Judge Forrester's office indicated that he might be available for such appointment during the week of August 26 through August 30, 2002.

Attorneys for Plaintiff

Zachary David Wilson
321 N. Maple St.
P.O. Box 5578
North Little Rock  AR  72119
(501) 376-4090
FAX (501) 376-4491

1

Attorney for Defendants

*Jeffrey A. Bell* (signature)

Jeffrey A. Bell
Senior Associate General Counsel
University of Arkansas
2404 N. University Ave.
Little Rock AR 72207-3608

**CERTIFICATE OF SERVICE**

I, Zachary David Wilson, P.A., do hereby certify that copy of the foregoing has been served on the following by hand delivery this 19th day of August, 2002.

Jeffrey A. Bell
Senior Associate General Counsel
University of Arkansas
2404 N. University Ave.
Little Rock AR 72207-3608

2